IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

**FILED**
JUN 20 2001
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA

**HELEN HENDON**

    Plaintiff,

v.                                  CV OO-PT-2421-E

**RONALD RIEL**

    Defendant.

MEMORANDUM
FOR
FILE AND PARTIES

**ENTERED**
JUN 21 2001

The court notes, with regard to the deliberate indifference claim(s), that it is highly unlikely that there has been any Eleventh Circuit or Supreme Court case which has held that law enforcement officers, who are not absolutely certain of a medical condition, are required to allow someone who has committed an offense in their presence, to flee the scene in order to go to a physician. Once the plaintiff was actually taken into custody and was under control, the decision to take her to a known to be present paramedic rather than to a physician not known to be present could have certainly been the decision of a reasonable officer, when only an extra minute or so was involved. It may well have been that her transfer to the hospital took place even earlier.

This the 20th day of June, 2001.

ROBERT B. PROPST
SENIOR UNITED STATES DISTRICT JUDGE